

Misc. No. 12–8008/AR. Julian Assange, and Wikileaks, Appellants v. United States and Lieutenant Colonel Paul Almanza, Appellees. CCA 20111146. On consideration of the writ-appeal petition; the motion filed by Baher Azmy, Esq., to appear pro hac vice; Appellant's motion to supplement the record; the motion for leave to file a joint appendix; and Appellee's motion to attach affidavit, it is ordered that said motions are hereby granted, and said writ-appeal petition is hereby denied.

No. 11–0639/AR. U.S. v. Tanner P. Forry. CCA 20080334. Appellant's motion to extend time to file the supplement to the petition for grant of review granted, *but only up to and including January 26, 2012*, and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 12–0147/MC. U.S. v. Phillip J. Apodaca. CCA 201100008. Appellant's motion to attach documents and Appellee's motion to file an opposition to Appellant's motion to attach documents out of time are hereby denied.

No. 12–0222/AR. U.S. v. Terrance L. Abernathy. CCA 20110229. Appellant's motion to extend time to file the supplement to the petition for grant of review granted, *but only up to and including January 26, 2012*, and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 12–8011/AR. Charles Graner, Jr., Appellant v. United States, Appellee. Appellee's motion to extend time to file an answer to the writ-appeal petition is granted to February 8, 2012.

No. 12–0030/AR. U.S. v. Michael C. Behenna. CCA 20090234. Review granted on the following issues:

WHETHER THE MILITARY JUDGE'S ERRONEOUS INSTRUCTION LIMITING THE RIGHT TO SELF-DEFENSE DEPRIVED APPELLANT OF HIS CONSTITUTIONAL RIGHT TO A FAIR TRIAL.

WHETHER THE GOVERNMENT'S FAILURE TO DISCLOSE FAVORABLE INFORMATION TO THE DEFENSE DEPRIVED APPELLANT OF HIS CONSTITUTIONAL RIGHT TO A FAIR TRIAL.

Briefs will be filed under Rule 25.

No. 11–0462/AR.   U.S. v. Christopher A. Barberi.   20080636. In view of the existence of a vacant position on the Court, notice is hereby given that the Chief Judge has called upon Senior Judge Andrew S. Effron to perform judicial duties in the above-referenced cases, and that Senior Judge Effron has consented to perform judicial duties in said cases under Article 142(e)(1)(A)(ii), Uniform Code of Military Justice, 10 U.S.C. § 942(e)(1)(A)(ii) (2006).

No. 12–0030/AR.   U.S. v. Michael C. Behenna.   CCA 20090234. On consideration of the motion for leave to file an amicus curiae brief by the National Association of Criminal Defense Lawyers and Appellant's motion to consider the brief on behalf of Appellant filed with the United States Army Court of Criminal Appeals, it is ordered that said motions are hereby denied.   The denial of the motion for leave to file an amicus curiae brief in support of the petition for grant of review is without prejudice to the filing of a motion for leave to file an amicus curiae brief on the issues granted review on this date.